# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

In re:

Shawn M. Scholz,
Kimberly K. Scholz

Debtors.

13-33273 KAC

**ORDER**

This matter came before the court on John D. Lamey III and Lamey Law Firm, P.A's (hereinafter "Counsel") motion to withdraw as counsel for Kimberly K. Scholz. Appearances were noted on the record.

IT IS ORDERED:

Counsel for Kimberly K. Scholz is allowed to withdraw as counsel in bankruptcy proceeding 13-33273 KAC.

**BY THE COURT:**

Dated: May 8, 2015

/e/ Katherine A. Constantine

Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/08/2015*
Lori Vosejpka, Clerk, By jhn, Deputy Clerk